UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-cr-00450-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEVIN DALE HARLOW,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, December 19, 2014,** and responses to these motions shall be filed by **Friday, January 2, 2015.**  It is

    FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference will be set at a future date, if necessary.  It is

    FURTHER ORDERED that a 5-day jury trial is set for **Monday, January 12, 2015, at 9:00 a.m., in Courtroom A-1002.**

    Dated:  November 14, 2014

                                    BY THE COURT:

                                    /s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge